**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON  DIVISION**

| | | |
|---|---|---|
| PERRY D. FINCHER, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | **5:06-CV-336 (CAR)** |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| **Defendant.** | : | |

_____

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (Doc. 18) to

reverse the Social Security Commissioner's final decision and remand the matter for further review.

No Objections to the Recommendation have been filed within the applicable time period.  Upon

review of the Recommendation, the arguments of counsel, and the record in the case, the Court

agrees with the findings and conclusions of the United States Magistrate Judge.  The

Recommendation is therefore **ADOPTED,** the final decision of the Commissioner is **REVERSED**,

and this matter is **REMANDED** to the Commissioner  for further proceeding consistent with this

Order.


**SO ORDERED**, this 25th  day of March, 2008.



S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE



SCS/ssh